**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Fishbone Safety Solutions, Ltd.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **2 0 – 4 9 9 7 1 7 4** |

4. Debtor's address

**Principal place of business**

**212 East X Street**
Number    Street

**Deer Park**          **TX**    **77536**
City                          State    ZIP Code

**HARRIS**
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City                          State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City                          State    ZIP Code

5. Debtor's website (URL) _____

6. Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☑ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __Fishbone Safety Solutions, Ltd._____   Case number (if known) _____

**7.   Describe debtor's business**

*A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

    __5__  __4__  __1__  __6__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Fishbone Safety Solutions, Ltd.**                     Case number (if known) _____

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☑ No

    ☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY

    District _____ When _____ Case number _____
                                  MM / DD / YYYY

    District _____ When _____ Case number _____
                                  MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No

    ☐ Yes. Debtor _____ Relationship _____

    District _____ When _____
                                  MM / DD / YYYY

    Case number, if known _____

    Debtor _____ Relationship _____

    District _____ When _____
                                  MM / DD / YYYY

    Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor __**Fishbone Safety Solutions, Ltd.**_____    Case number (if known) _____

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**     _____
Number      Street
_____

_____
City                                        State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and adminstrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:* |

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49                   ☐ 1,000-5,000           ☐ 25,001-50,000
☑ 50-99                  ☐ 5,001-10,000          ☐ 50,001-100,000
☐ 100-199                ☐ 10,001-25,000         ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000             ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000       ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000      ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000             ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000       ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000      ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor **Fishbone Safety Solutions, Ltd.** _____    Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| 17. **Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | ■ I have been authorized to file this petition on behalf of the debtor. |
| | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/08/2023**
MM / DD / YYYY

X **/s/ William S. Cain** _____
Signature of authorized representative of debtor

**William S. Cain** _____
Printed name

**Manager of BSC Interest, LLC,Gen Part**
Title

18. **Signature of attorney**

X **/s/ Richard Lee Fuqua II** _____  Date **03/08/2023**
Signature of attorney for debtor                         MM / DD / YYYY

**Richard Lee Fuqua II** _____
Printed name

**Fuqua & Associates, P.C.** _____
Firm name

**8558 Katy Freeway** _____
Number        Street

**Suite 119** _____

**Houston** _____    **TX**    **77024**
City                                      State    ZIP Code

**(713) 960-0277** _____    **RLFuqua@FuquaLegal.com** _____
Contact phone                              Email address

**07552300** _____    **TX**
Bar number                                State

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, William S. Cain, declare under penalty of perjury that I am the Manager of BSC Interest, LLC, the General Partner of Fishbone Safety Solutions, Ltd. and that on March 3, 2023, the following resolution was duly adopted by BSC Interest, LLC as the General Partner of Fishbone Safety Solutions, Ltd. :

"Whereas, it is in the best interest of Fishbone Safety Solutions, Ltd. to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that William S. Cain, Manager of BSC Interest, LLC as the General Partner of Fishbone Safety Solutions, Ltd. is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of Fishbone Safety Solutions, Ltd. ; and

Be it Further Resolved, that William S. Cain, Manager of BSC Interest, LLC as the General Partner of Fishbone Safety Solutions, Ltd. is authorized and directed to appear in all bankruptcy proceedings on behalf of Fishbone Safety Solutions, Ltd. and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of Fishbone Safety Solutions, Ltd. in connection with such bankruptcy case; and

Be it Further Resolved, that William S. Cain, Manager of BSC Interest, LLC as the General Partner of Fishbone Safety Solutions, Ltd. is authorized and directed to employ Richard L. Fuqua, attorney and the law firm of Fuqua & Associates, PC to represent Fishbone Safety Solutions, Ltd. in such bankruptcy case."

Executed on:   March 3, 2023_____Signed:

Fishbone Safety Solutions, Ltd.

By:         BSC Interest, LLC
            Its General Partner

By:____*William Cain*_____
            William S. Cain, Manager

**Fill in this information to identify the case:**

Debtor name __Fishbone Safety Solutions, Ltd.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

### Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.1** Creditor's name
__Allegiance Bank__

Creditor's mailing address
__8727 W. Sam Houston Parkway North__

__Suite 100__

__Houston          TX   77040__

Creditor's email address, if known

_____

Date debt was incurred    __December 2022__

Last 4 digits of account
number                 ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☐ No
☑ Yes. Specify each creditor, including this
creditor, and its relative priority.

Describe debtor's property that is
subject to a lien

**accounts, inventory, equipment, gen. intangibles**

Describe the lien

__Agreement__

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $683,989.00 | $1,036,853.56 |

For Checking account: 1) Allegiance Bank; 2) American Prudential Capital Inc; 3) Capital Funds Network. For Checking account: 1) Allegiance Bank; 2) American Prudential Capital Inc; 3) Capital Funds Network. For Accounts Receivable (over 90 days old): 1) Allegiance Bank; 2) American Prudential Capital Inc; 3) Capital Funds Network. For Accounts receivalbe (less than 90 days old): 1) Allegiance Bank; 2) American Prudential Capital Inc; 3) Capital Funds Network. For Miscellaneous office furniture: 1) Allegiance Bank; 2) American Prudential Capital Inc; 3) Capital Funds Network. For Miscellaneous office equipment including all computer equipm: 1) Allegiance Bank; 2) American Prudential Capital Inc; 3) Capital Funds Network. For 2012 Boss Mustang: 1) Allegiance Bank; 2) American Prudential Capital Inc; 3) Capital Funds Network. For Trailers: 1) Allegiance Bank; 2) American Prudential Capital Inc; 3) Capital Funds Network. For Trucks: 1) Allegiance Bank; 2) American Prudential Capital Inc; 3) Capital Funds Network. For Specialty safety equipment: 1) Allegiance Bank; 2) American Prudential Capital Inc; 3) Capital Funds Network.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                                                 $736,286.00

Debtor  __Fishbone Safety Solutions, Ltd._____     Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column A*
Amount of claim
Do not deduct the value of collateral.

*Column B*
Value of collateral that supports this claim

---

**2.2** Creditor's name
__American Prudential Capital Inc__

Creditor's mailing address
__10216 Fairbanks North Houston Rd__
_____

__Houston_____ TX __77064__

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes.  Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   ☑ Yes.  The relative priority of creditors is specified on lines __2.1____

Describe debtor's property that is subject to a lien
All assets including accounts, inventory, equip, g

Describe the lien
__Agreement_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $1,036,853.56

---

**2.3** Creditor's name
__Capital Funds Network__

Creditor's mailing address
__P.O. Box 40572__
_____

__Houston_____ TX __77240__

Creditor's email address, if known
_____

Date debt was incurred __2018____

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes.  Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   ☑ Yes.  The relative priority of creditors is specified on lines __2.1____

Describe debtor's property that is subject to a lien
Accounts, gen. intangibles, equipment, inventory

Describe the lien
__Agreement_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $1,036,853.56

---

Debtor  **Fishbone Safety Solutions, Ltd.**                                    Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

|  | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.4** Creditor's name
**Glenn Tolar Company**

Creditor's mailing address
**PO Box 428**
_____

**Deer Park          TX    77536**

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account
number                ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien
**Landlord Lien**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$52,297.00          $0.00

Debtor    **Fishbone Safety Solutions, Ltd.**      Case number (if known) _____

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Allegiance Bank<br>2200 Nasa Pkwy East<br><br>Houston     TX    77058 | Line _2.1_ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    **Fishbone Safety Solutions, Ltd.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)   _____

☐ Check if this is an
    amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1.   Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**   Priority creditor's name and mailing address

**Ann Harris Bennett**

**Harris County Tax Assessor**

**PO Box 4622**

**Houston**      **TX**    **77210-4622**

Date or dates debt was incurred

**Jan. 2023**

Last 4 digits of account
number   \_\_ \_\_ \_\_ \_\_

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$294.50**     Priority amount: **$294.50**

**2.2**   Priority creditor's name and mailing address

**City of Deer Park**

**710 E. San Augustine**

**Deer Park**      **TX**    **77536**

Date or dates debt was incurred

_____

Last 4 digits of account
number   \_\_ \_\_ \_\_ \_\_

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$3,222.37**     Priority amount: **$3,222.37**

Debtor   __Fishbone Safety Solutions, Ltd.__                    Case number (if known) _____

---

| **Part 1:** | Additional Page |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|
|  | $3,226.27 | $3,226.27 |

**2.3**   Priority creditor's name and mailing address

Jeffery Johnson

City of Deer Park Tax Assessor

PO Box 700

Deer Park                    TX        77536

Date or dates debt was incurred

_____

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Taxes

Is the claim subject to offset?

☒ No
☐ Yes

Debtor __Fishbone Safety Solutions, Ltd._____   Case number (if known) _____

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,400.04 |

24 HoursSafety

PO Box 4356

Dept 1561

☐ Contingent
☐ Unliquidated
☑ Disputed

Houston                 TX      77210

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: $2,400.04

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,637.39 |

Air Logistics Corp

146 Railroad Ave

☐ Contingent
☐ Unliquidated
☑ Disputed

Monrovia                 CA      91016

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: $2,637.39

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,982.29 |

Airgas USA

PO Box 734671

☐ Contingent
☐ Unliquidated
☑ Disputed

Dallas                 TX      75373-4671

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: $2,982.29

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $202.70 |

American Hydro Test

PO Box 1374

☐ Contingent
☐ Unliquidated
☑ Disputed

Deer Park                 TX      77536

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: $202.70

Debtor   __Fishbone Safety Solutions, Ltd._____   Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.13 |
|---|---|---|---|

Amigos Equipment Corp

PO Box 4145

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Corpus Christi          TX      78469

**Basis for the claim:** Goods & Services

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

- ☑ No
- ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

Assoc of Chemical Industry of Texas

1403 Nueces Street

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Austin          TX      78701-1586

**Basis for the claim:** Goods & Services

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

- ☑ No
- ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,428.67 |
|---|---|---|---|

Avetta

PO Box 8474

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Pasadena          CA      91109-8474

**Basis for the claim:** Goods & Services

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

- ☑ No
- ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,481.44 |
|---|---|---|---|

Blue Cross Blue Shield Healthcare Corp

PO Box 731428

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Dallas          TX      75373-1428

**Basis for the claim:** Health Insurance

Date or dates debt was incurred   Jan 2023

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

- ☑ No
- ☐ Yes

---

| Debtor | Fishbone Safety Solutions, Ltd. | Case number (if known) | |
|--------|--------------------------------|------------------------|--|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |
|-----|--|

Blue Cross Blue Shield Heatlhcare Corp

PO Box 731428

Dallas      TX    75373-1428

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Health Insurance

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$12,962.88**

---

| 3.10 | Nonpriority creditor's name and mailing address |
|------|--|

Business Health Partners

3649 S. Beglis Parkway

Sulpher      LA    70665

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$766.00**

---

| 3.11 | Nonpriority creditor's name and mailing address |
|------|--|

CC Rentals

PO Box 10655

Corpus Christi      TX    78460

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,274.14**

---

| 3.12 | Nonpriority creditor's name and mailing address |
|------|--|

Channelview Fire Dept.

1210 Dell Dale

Channelview      TX    77530

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$600.00**

---

Debtor  __Fishbone Safety Solutions, Ltd._____  Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,004.40 |

__City of Deer Park_____

__710 E. San Augustine_____

☐ Contingent
☐ Unliquidated
☑ Disputed

__Deer Park_____ TX ____77536-0700____

Basis for the claim: __Utilities_____

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $316.64 |

__Code Red Safety_____

__PO Box 4458_____

__Dept 413_____

☐ Contingent
☐ Unliquidated
☑ Disputed

__Houston_____ TX ____77210-4458____

Basis for the claim: __Goods & Services_____

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $327.00 |

__Contractors Safety Council Coastal Bend_____

__7433 Leopard Street_____

__Bldg 1_____

☐ Contingent
☐ Unliquidated
☑ Disputed

__Corpus Christi_____ TX ____78409_____

Basis for the claim: __Goods & Services_____

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,886.00 |

__Corpus Christi Container Co._____

__5265 Sun Belt Drive_____

☐ Contingent
☐ Unliquidated
☑ Disputed

__Corpus Christi_____ TX ____78408_____

Basis for the claim: __Goods & Services_____

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor __Fishbone Safety Solutions, Ltd._____     Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,603.39 |

Corpus Christi Gasket and Fastener

PO Box 4074

☐ Contingent
☐ Unliquidated
☑ Disputed

Corpus Christi        TX      78469

Basis for the claim: __Goods & Services__

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $606.35 |

Day and Night Plumbing

3306 Otranto Dr.

☐ Contingent
☐ Unliquidated
☑ Disputed

Corpus Christi        TX      78418

Basis for the claim: __Goods & Services__

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223.22 |

Dental Select

75 W Town Ridge Pkwy Tower 2

Suite 500

☐ Contingent
☐ Unliquidated
☐ Disputed

Sandy        UT      84070

Basis for the claim: __Dental Insurance__

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $432.44 |

Diamond B Tractors

6125 FM 624

☐ Contingent
☐ Unliquidated
☑ Disputed

Robstown        TX      78380

Basis for the claim: __Goods & Services__

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

Debtor    **Fishbone Safety Solutions, Ltd.**                     Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,000.00 |
|---|---|---|---|

Diamond Cut Properties

PO Box 260591

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Goods & Services

Corpus Christi          TX          78426-0591

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.38 |
|---|---|---|---|

Direct TV

PO Box 5006

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Goods & Services

Carol Stream          IL          60197-5006

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,004.23 |
|---|---|---|---|

DISA

PO BOX 123731

Dept 3721

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Goods & Services

Dallas          TX          75315-3731

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,592.27 |
|---|---|---|---|

Doggett Equipment Services

7110 North Freeway

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Goods & Services

Houston          TX          77076

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor    __Fishbone Safety Solutions, Ltd._____     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,366.00 |

__EnviroServe_____

__901 W. Legacy Center Way_____

☐ Contingent
☐ Unliquidated
☑ Disputed

_____

__Midvale_____ UT____ 84047____

Basis for the claim:  __Goods & Services_____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ — __ __ — __ __ — __ __

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,078.09 |

__Equipment Share_____

__PO Box 650429_____

☐ Contingent
☐ Unliquidated
☑ Disputed

_____

__Dallas_____ TX____ 85265-0429__

Basis for the claim:  __Goods & Services_____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ — __ __ — __ __ — __ __

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143.65 |

__FedEx_____

__PO Box 660481_____

☐ Contingent
☐ Unliquidated
☑ Disputed

_____

__Dallas_____ TX____ 75266-0481__

Basis for the claim:  __Goods & Services_____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ — __ __ — __ __ — __ __

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,258.67 |

__Fluenta_____

__1710 South Dairy Ashford Rd_____

☐ Contingent
☐ Unliquidated
☑ Disputed

_____

__Houston_____ TX____ 77077_____

Basis for the claim:  __Goods & Services_____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ — __ __ — __ __ — __ __

Debtor  __Fishbone Safety Solutions, Ltd._____  Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $544.49 |

FR Depot

714 Center Street

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Goods & Services_____

Deer Park            TX      77536

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $252.70 |

Greater Houston Office Products

PO Box 899

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Goods & Services_____

League City          TX      77574

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,270.83 |

Houston Area Safety Council

PO Box 621001

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Goods & Services_____

Dallas               TX      75262-1001

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $106.00 |

IFS Fire and Safety

4540 Southview Drive

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Goods & Services_____

Corpus Christi       TX      78408

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Debtor   <u>Fishbone Safety Solutions, Ltd.</u>          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

$6,750.00

<u>Industrial Fabricators of Corpus Christi</u>

☐ Contingent
☐ Unliquidated
☑ Disputed

<u>PO Box 5446</u>

Basis for the claim:

<u>Corpus Christi          TX      78465</u>          <u>Goods & Services</u>

Date or dates debt was incurred    _____          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

$2,175.28

<u>Industrial Safety Training Council</u>

☐ Contingent
☐ Unliquidated
☑ Disputed

<u>3749 HWY 69</u>

Basis for the claim:

<u>Beaumont                TX      77705</u>          <u>Goods & Services</u>

Date or dates debt was incurred    _____          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

$5,153.00

<u>Integrated Controls Inc</u>

☐ Contingent
☐ Unliquidated
☑ Disputed

<u>5236 S Zunis Ave</u>

Basis for the claim:

<u>Tulsa                   OK      74105</u>          <u>Goods & Services</u>

Date or dates debt was incurred    _____          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

$1,051.20

<u>JSJ Services Inc.</u>

☐ Contingent
☐ Unliquidated
☑ Disputed

<u>PO Box 10078</u>

Basis for the claim:

<u>Corpus Christi          TX      78460</u>          <u>Goods & Services</u>

Date or dates debt was incurred    _____          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor   __Fishbone Safety Solutions, Ltd._____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.37 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$515.00

Julianna Power

4214 Bayshore Drive

☐ Contingent
☐ Unliquidated
☑ Disputed

Bacliff                    TX        77518

Basis for the claim:
__Goods & Services_____

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$179.16

Kennedy Wire Rope & Sling Co.

PO Box 4016

☐ Contingent
☐ Unliquidated
☑ Disputed

Corpus Christi          TX        78469

Basis for the claim:
__Goods & Services_____

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$36,082.52

McMahan Services

6610 Leopard Street

☐ Contingent
☐ Unliquidated
☑ Disputed

Corpus Christi          TX        78409

Basis for the claim:
__Goods & Services_____

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$31.29

Momentum Rentals

809 South Hwy 35

☐ Contingent
☐ Unliquidated
☑ Disputed

Port Lavaca             TX        77979

Basis for the claim:
__Goods & Services_____

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

Debtor   <u>Fishbone Safety Solutions, Ltd.</u>                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.41 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

<u>Mutual of Omaha Retirement Services</u>

<u>PO Box 979</u>

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,958.79

<u>Brainerd                    MN    56401</u>

Basis for the claim: <u>Goods & Services</u>

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

<u>Naylor's Farm & Ranch Supply</u>

<u>102 Old Robstown Rd</u>

☐ Contingent
☐ Unliquidated
☑ Disputed

$929.90

<u>Corpus Christi                TX    78408</u>

Basis for the claim: <u>Goods & Services</u>

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

<u>Nex-Gen Ventures Inc</u>

<u>PO Box 772</u>

☐ Contingent
☐ Unliquidated
☑ Disputed

$736.12

<u>Deer Park                    TX    77536</u>

Basis for the claim: <u>Goods & Services</u>

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

<u>PBI Int'l LLC</u>

<u>PO Box 58356</u>

☐ Contingent
☐ Unliquidated
☑ Disputed

$7,878.04

<u>Webster                      TX    77598</u>

Basis for the claim: <u>Goods & Services</u>

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

Debtor    Fishbone Safety Solutions, Ltd.                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

Amount of claim

---

| 3.45 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: Check all that apply.

$14,990.00

Peerless Mfg Co

PO Box 635227

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Goods & Services

Cincinnati          OH    45263-5227

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.46 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: Check all that apply.

$49.37

Praxair Distribution

PO Box 120812

Dept 0812

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Goods & Services

Dallas              TX    75312

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.47 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: Check all that apply.

$800.00

Professional Safety Associates

PO Box 26033

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Goods & Services

Corpus Christi      TX    78426

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.48 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: Check all that apply.

$600.00

Puffer-Sweiven

PO Box 301124

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Goods & Services

Dallas              TX    75303-1124

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor   __Fishbone Safety Solutions, Ltd._____   Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.00 |

Saf-Tech

PO Box 1564

Dept 1564

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Houston            TX        77251-1564

Basis for the claim: Goods & Services

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

- [x] No
- [ ] Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,916.91 |

Select Safety Services

1501 Cathead Rd

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Corpus Christi        TX      78409

Basis for the claim: Goods & Services

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

- [x] No
- [ ] Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,398.02 |

Shred-It / Stericycle, Inc.

28883 Network Place

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Chicago            IL        60673-1288

Basis for the claim: Goods & Services

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

- [x] No
- [ ] Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,800.00 |

Spalding & Richards LLC

104 Twin Oaks Blvd # 130

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Kemah            TX        77565

Basis for the claim: Goods & Services

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

- [x] No
- [ ] Yes

Debtor    Fishbone Safety Solutions, Ltd. _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address |
|---|---|

State Fire Marshal's Office

PO Box 12107

Austin                    TX        78711

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

$1,050.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address |
|---|---|

Sun Coast Resources, Inc

PO Box 735606

Dallas                    TX        75373-5606

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Goods & Services

$13,813.41

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address |
|---|---|

The Parker Law Firm

715 Clear Lake Rd # 101

Kemah                    TX        77565

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Goods & Services

$1,599.96

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address |
|---|---|

Tiger Industrial Rentals

PO Box 733253

Dallas                    TX        75373-3252

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Goods & Services

$5,910.45

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Fishbone Safety Solutions, Ltd. | Case number (if known) | |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,886.20 |

Tiger Safety

1125 Petroleum Parkway

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Broussard      LA   70518

**Basis for the claim:** Goods & Services

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,174.38 |

TNT Crane and Rigging

PO Box 847561

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Dallas      TX   75284

**Basis for the claim:** Goods & Services

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $808.62 |

Total Pro Pest Control

7217 Sparkle Sea Drive

Unit AA

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Corpus Christi      TX   78412

**Basis for the claim:** Goods & Services

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $987.24 |

Total Safety

PO Box 654171

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Dallas      TX   75265-4171

**Basis for the claim:** Goods & Services

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

- ☑ No
- ☐ Yes

---

Debtor   __Fishbone Safety Solutions, Ltd._____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.61 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$111.46

__Turtle & Hughes_____

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

__2251 Picadilly Drive_____

__Suite C34_____

Basis for the claim:

__Round Rock_____TX____78664_____   __Goods & Services_____

Date or dates debt was incurred   _____   Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __ __ __
- [x] No
- [ ] Yes

| 3.62 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$7,632.08

__United Rentals North America Inc_____

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

__PO Box 840514_____

Basis for the claim:

__Dallas_____TX____75285-0514_____   __Goods & Services_____

Date or dates debt was incurred   _____   Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __ __ __
- [x] No
- [ ] Yes

| 3.63 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$338.28

__Western Gulf Recycling_____

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

__PO Box 9605_____

Basis for the claim:

__Corpus Christi_____TX____78469_____   __Goods & Services_____

Date or dates debt was incurred   _____   Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __ __ __
- [x] No
- [ ] Yes

| 3.64 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$6,104.00

__William Cain_____

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

__102 Lago Vista_____

Basis for the claim:

__Kemah_____TX____77565_____   __Goods & Services_____

Date or dates debt was incurred   _____   Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __ __ __
- [x] No
- [ ] Yes

Debtor   __Fishbone Safety Solutions, Ltd._____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

Amount of claim

| 3.65 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$2,135.00

__Wright Flood Ins_____

__PO Box 33070_____

☐ Contingent
☐ Unliquidated
☑ Disputed

_____

_____

__St Petersburg_____ FL____ 33733-8070_

Basis for the claim:

__Goods & Services_____

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$2,637.12

__Xtreme Safety Industrial Supplies_____

__5729 Leopard St._____

☐ Contingent
☐ Unliquidated
☑ Disputed

__Bldg 7_____

_____

__Corpus Christi_____ TX____ 78408___

Basis for the claim:

__Goods & Services_____

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor   __Fishbone Safety Solutions, Ltd._____   Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
    listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
    are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  IRS<br>300 E 8th  Street<br>M/S 5026 AUS<br><br>Austin                TX        78701 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.2**  IRS<br>Centralized Insolvency Operation<br>P.O. Box 7346<br><br>Philadelphia            PA        19101-7346 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.3**  IRS<br>U.S Attorney General<br>950 Pennsylvania Ave, NW<br><br>Washington            DC        20530-0001 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.4**  IRS<br>U.S. Attorney's Office<br>Civil Process Clerk<br>1000 Louisiana Street # 2300<br>Houston                TX        77002 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor  __Fishbone Safety Solutions, Ltd.__     Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a.  **Total claims from Part 1**          5a.  _____$6,743.14_

5b.  **Total claims from Part 2**          5b.  + _____$359,855.23_

5c.  **Total of Parts 1 and 2**
     Lines 5a + 5b = 5c.                   5c.  | $366,598.37 |

**Fill in this information to identify the case:**

Debtor name __Fishbone Safety Solutions, Ltd.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number _____  Chapter __11__
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for premises located at 212 East X Street, Deer Park, Texas<br>**Contract to be ASSUMED** | Glenn Tolar Company |
|---|---|---|---|
| | | | P.O. Box 428 |
| | State the term remaining | Month to month | |
| | List the contract number of any government contract | | Deer Park        TX      77536 |

**Fill in this information to identify the case:**

Debtor Name __Fishbone Safety Solutions, Ltd._____

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS_____

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. Real property:
   Copy line 88 from Schedule A/B..................................................

   | $0.00 |

   1b. Total personal property:
   Copy line 91A from Schedule A/B..................................................

   | $1,036,853.56 |

   1c. Total of all property
   Copy line 92 from Schedule A/B..................................................

   | $1,036,853.56 |

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D......................

   | $736,286.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of Schedule E/F..................................

   | $6,743.14 |

   3b. Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F......................

   | + $359,855.23 |

4. **Total liabilities**
   Lines 2 + 3a + 3b..................................................

   | $1,102,884.37 |

**Fill in this information to identify the case and this filing:**

Debtor Name   <u>Fishbone Safety Solutions, Ltd.</u>

United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number
(if known)   _____

<u>Official Form 202</u>

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule   _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>03/08/2023</u>          X <u>/s/ William S. Cain</u>
        MM / DD / YYYY             Signature of individual signing on behalf of debtor

                                <u>William S. Cain</u>
                                Printed name

                                <u>Manager of BSC Interest, LLC, Gen Partner</u>
                                Position or relationship to debtor

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

In re  **Fishbone Safety Solutions, Ltd.**

Case No.  _____

Chapter  **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept...........................Hourly: Estimated Total | **$0.00** |
| Prior to the filing of this statement I have received...................................................... | **$16,738.00** |
| Balance Due..........................................................................Hourly: Approximately | **($16,738.00)** |

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td>
03/08/2023<br>
<i>Date</i>
</td>
<td>
/s/ Richard Lee Fuqua II<br>
<i>Richard Lee Fuqua II</i>          Bar No.  07552300<br>
Fuqua & Associates, P.C.<br>
8558 Katy Freeway<br>
Suite 119<br>
Houston, Texas 77024<br>
Phone: (713) 960-0277 / Fax: (713) 960-1064
</td></tr>
</table>

/s/ William S. Cain

*William S. Cain*
*Manager of BSC Interest, LLC, Gen Partner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

IN RE:                                          §
**Fishbone Safety Solutions, Ltd.**             §
                                                §       Case No. _____
                                                §
                Debtor(s)                       §       Chapter   __11_____

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐       *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
        I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑       *[Only include if petitioner is a corporation, partnership or limited liability company]* --
        I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:   __3/8/2023_____   __/s/ William S. Cain_____
                            William S. Cain
                            Manager of BSC Interest, LLC,Gen Partner
                            **Complete EIN:** __20-4997174_____

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:   __3/8/2023_____                        __/s/ Richard Lee Fuqua II_____
                                                 Richard Lee Fuqua II, Attorney for Debtor